STEVEN J. ROUTH (*Pro Hac Vice*)
srouth@orrick.com
STEN JENSEN (*Pro Hac Vice*)
sjensen@orrick.com
T. VANN PEARCE, JR. (*Pro Hac Vice*)
vpearce@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:   +1 202 339 8400
Facsimile:   +1 202 339 8500

JASON YU (STATE BAR NO. 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1021
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

**GRANTED**
Judge Yvonne Gonzalez Rogers
4/10/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA,<br><br>       Defendant. | Case No. 4:17-cv-05941<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | This action having come before the Court, and pursuant to the Court's Order (Dkt. No. 71) |
| 2 | granting Defendant Panasonic Corporation of North America's ("Panasonic") Motion to Dismiss |
| 3 | (Dkt. No. 34) finding all asserted claims of U.S. Patent No. 9,258,698 (the " '698 Patent") |
| 4 | directed to patent-ineligible subject matter and therefore invalid pursuant to 35 U.S.C. § 101—IT |
| 5 | IS HEREBY ADJUDGED AND ORDERED that: |
| 6 | For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 71), claims 1, 3- |
| 7 | 5, 7-8, 10-13, and 15-20 of the '698 Patent are invalid pursuant to 35 U.S.C. § 101. |
| 8 | The foregoing claims of the '698 Patent represent all pending claims at issue in this case. |
| 9 | WHEREFORE JUDGMENT is entered in this case in favor of Defendant Panasonic and |
| 10 | against Plaintiff Cellspin Soft, Inc. |

Dated: \_\_\_\_April 10\_\_\_\_, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge